UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARLENE GOLDEN, et al., | : | Civil No. 3:18-CV-02425 |
| Plaintiffs, | : | |
| v. | : | (Magistrate Judge Saporito) |
| BRETHREN MUTUAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 17th day of July 2019, upon consideration of defendant's motion for a protective order (Doc. 15), and the plaintiffs' response thereto, and following an *in camera* review of the February 28, 2018 email exchange between a representative of the defendant and plaintiffs' counsel, IT IS HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows:

1. The motion is granted to the extent that plaintiffs shall be precluded from using any information obtained in the February 28, 2018 email exchange between plaintiffs' counsel and Valerie Everline, an employee of the defendant, whose acts or omissions could bind or impute

liability to the defendant or whose statements could be used or construed as admissions against the defendant.

2. The plaintiffs are precluded from inquiring of Ms. Everline of the email exchange in any deposition, whether for discovery or for use at trial.

3. The defendant's request for the award of counsel fees for preparing and filing its motion and brief is DENIED.

<u>*s/Joseph F. Saporito, Jr.*</u>
**JOSEPH F. SAPORITO, JR.**
**U.S. Magistrate Judge**

**Dated: July 17, 2019**