# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLENE GOLDEN, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:18-cv-02425 |
| v. | (SAPORITO, M.J.) |
| BRETHREN MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

# ORDER

AND NOW, this 24th day of October, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendant's Rule 12(b)(6) motion to dismiss (Doc. 8) is **DENIED**. The defendant shall file and serve its answer to the complaint **within fourteen (14) days** after the date of this Order. *See* Fed. R. Civ. P. 12(a)(4).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge